

# Fourth Court of Appeals
## San Antonio, Texas

May 26, 2022

No. 04-22-00294-CV

**IN REGARD TO M.T.M.S., APPLICANT**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00518
Honorable Mary Lou Alvarez, Judge Presiding

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

On May 17, 2022, relator filed a petition for writ of habeas corpus. This court believes a serious question concerning the relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The trial court and the real parties in interest may file a response to the petition in this court **no later than June 2, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator titled her original habeas corpus proceeding as follows: "In Regard to M.T.M.S., Applicant." This caption is incorrect. *See* TEX. R. APP. P. 52.1 ("An original appellate proceeding seeking extraordinary relief--such as a writ of habeas corpus, mandamus, prohibition, injunction, or quo warranto--is commenced by filing a petition with the clerk of the appropriate appellate court. The petition must be captioned 'In re [name of relator].'"). We **ORDER** relator to file, **no later than May 31, 2022** a compliant petition.

We further **ORDER** relator to file, **no later than June 2, 2022** the reporter's record from the May 13, 2022 permanency hearing.

It is so **ORDERED** on May 26, 2022.

---

[1] This proceeding arises out of Cause No. 2021-PA-00518, styled *In the Interest of M.T.M.S., a Child*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

PER CURIAM

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT